# THOMPSON v. VIRGINIA.

No. 60. Decided June 10, 1963.

*Jack Greenberg, Constance Baker Motley, James M. Nabrit III, S. W. Tucker* and *Derrick A. Bell, Jr.* for petitioner.

*Robert Y. Button,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for respondent.

PER CURIAM.

The petition for writ of certiorari is granted, the judgment is vacated and the case is remanded to the Supreme Court of Appeals of Virginia for reconsideration in light of *Peterson* v. *City of Greenville,* 373 U. S. 244.

MR. JUSTICE HARLAN concurs in the result on the premises stated in his separate opinion in *Peterson* v. *City of Greenville* and *Avent* v. *North Carolina,* 373 U. S., at 248.